In the Matter of NEW YORK COUNTY LAWYERS' ASSOCIATION, Respondent. BERNARD BERCU, Appellant.

Argued May 25, 1949; decided July 19, 1949.

*Mathias F. Correa* and *John H. Clark, III,* for appellant.

*Spencer Gordon* for American Institute of Accountants, *amicus curiæ,* in support of appellant's position.

*Edwin M. Otterbourg, George R. Adams, Frederic P. Houston* and *Abraham N. Davis* for respondent.

*Julius Henry Cohen, Neil G. Harrison, Otis T. Bradley, Weston Vernon, Jr.,* and *J. Sterling Halstead* for New York State Bar Association, *amicus curiæ,* in support of respondent's position.

*William S. Gaud, Jr.,* for Association of the Bar of the City of New York, *amicus curiæ,* in support of respondent's position.

*John D. Randall* and *Thomas J. Boodell* for American Bar Association, *amicus curiæ,* in support of respondent's position.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.